UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                    Case No. 8:15-cr-398-T-24TGW

CHRISTOPHER MAGUIRE

**FORFEITURE MONEY JUDGMENT AND**
**PRELIMINARY ORDER OF FORFEITURE FOR DIRECT ASSET**

THIS CAUSE comes before the Court upon the United States of America's

Motion for:

(1)    a Forfeiture Money Judgment against the defendant in the amount of

$4,938,574.40; and

(2)    the real property located at 26239 Sword Dancer Drive, Wesley
       Chapel, FL 33544, and all attachments thereto, more particularly
       described as:

       Lot 58, Block 8, Lexington Oaks Village 8 and Village 9, according to
       the plat thereof, recorded in Plat Book 39, Page(s) 73 through 76, of
       the Public Records of Pasco County, Florida.

       Parcel ID Number: 1126190090008000580.

Being fully advised of the relevant facts, the Court hereby finds that at least

$4,938,574.40 in proceeds was obtained from the wire fraud scheme to which the

defendant pled guilty.

The Court further finds that the real property identified above was

purchased with proceeds of the wire fraud scheme and was involved in the money

laundering to which the defendant pled guilty.

Accordingly, it is hereby:

ORDERED, ADJUDGED, and DECREED that for good cause shown, the United States' motion is GRANTED.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the defendant shall be held jointly and severally liable with any convicted co-conspirators for a forfeiture money judgment in the amount of $4,938,574.40.

It is FURTHER ORDERED that, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2), the real property identified on page one above is hereby forfeited to the United States for disposition according to law.   The net proceeds of the forfeited real property shall be credited towards the defendant's forfeiture money judgment.

It is FURTHER ORDERED that, upon entry of this order, it shall become a final order of forfeiture as to the defendant.

The Court retains jurisdiction to address any third party claim that may be asserted in these proceedings, to enter any further order necessary for the forfeiture and disposition of such property, and for any substitute assets that the

United States may be entitled to seek up to the amount of the forfeiture money judgment.

DONE and ORDERED in Tampa, Florida, this 3rd day of June, 2016.

SUSAN C. BUCKLEW
UNITED STATES DISTRICT JUDGE

Copies to:
Holly L. Gershow, AUSA
Counsel of Record